COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:  01-13-00152-CV

Trial Court Cause
Number:  2011-70247

Style:  KMR Minden LP

    **v**  Harris County Appraisal District

Date motion filed[*]:  April 10, 2013

Type of motion:  Appellee's Motion to Substitute Counsel

Party filing motion:  Appellee

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other:  _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date:  April 16, 2013